# United States District Court
## Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (for offenses committed on or after November 1, 1987) |
| V. | **Case Number:** 09-CR-135-C-01 |
| DARNELL MOON | **Defendant's Attorney:** David Karpe |

The defendant, Darnell Moon, pleaded guilty to count 1 f the information.

**ACCORDINGLY**, the court has adjudicated defendant guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 287 | False Claims to Internal Revenue Service; a Class D felony | May 6, 2008 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| **Defendant's Date of Birth:** 1988 | December 4, 2009 |
| **Defendant's USM No.:** 34077-044 | Date of Imposition of Judgment |
| **Defendant's Residence Address:** | |
| Sikeston, MO 63801 | /s/ Barbara B. Crabb |
| **Defendant's Mailing Address:** | Barbara B. Crabb |
| | District Judge |
| Portage, WI 53901 | |
| | December 7, 2009 |
| | Date Signed: |

# IMPRISONMENT

As to the one-count information, it is adjudged that defendant is committed to the custody of the Bureau of Prisons for a term of 14 months. In order to provide an incremental penalty, the sentence imposed in this case is to run consecutively to defendant's undischarged term of imprisonment imposed by the U.S. District Court for the Eastern District of Missouri in Docket No. 07-CR-133-RWS.

No period of supervised release is to follow this sentence. The term of supervised release imposed by the U.S. District Court in the Eastern District of Missouri is sufficient to monitor defendant's post-release activities in the community upon his release from imprisonment. Defendant has no ties to the Western District of Wisconsin.

# RETURN

**I have executed this judgment as follows:**

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
   Deputy Marshal

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $100.00 | $0.00 | $0.00 |
| **Total** | $100.00 | $0.00 | $0.00 |

It is adjudged that defendant is to pay a $100 criminal assessment penalty to the Clerk of Court for the Western District of Wisconsin immediately following sentencing.

Defendant is to pay a $500 fine pursuant to § 5E1.2. Payments are to be made while defendant is in the custody of the Bureau of Prisons and during the term of supervised release.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:

      (1) assessment;
      (2) restitution;
      (3) fine principal;
      (4) cost of prosecution;
      (5) interest;
      (6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

In the event of a civil settlement between victim and defendant, defendant must provide evidence of such payments or settlement to the Court, U.S. Probation office, and U.S. Attorney's office so that defendant's account can be credited.